DOROTHY I. HEIDERMAN, as Administratrix of the Estate of HENRY F. HEIDERMAN, Deceased, Respondent, *v.* ERIE RAILROAD COMPANY, Appellant.

Argued January 4, 1939; decided January 18, 1939.

*John W. Hollis* for appellant.

*Benjamin A. Quitt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.